IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| ALVA E. BEARDSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:20-cv-00269 |
| ) | |
| ) | Judge Theresa L. Springmann |
| FRANCISCAN ALLIANCE, INC. d/b/a ) | |
| FRANCISCAN HEALTH, ) | Magistrate Judge Joshua P. Kolar |
| ) | |
| Defendant. ) | |

## JOINT STATUS REPORT

NOW COME Plaintiff Alva E. Beardson and Defendant Franciscan Alliance, Inc., d/b/a Franciscan Health Dyer Hammond Munster (incorrectly named in the caption as "Franciscan Alliance, Inc. d/b/a Franciscan Health") (collectively "the Parties"), by and through their attorneys, state as follows for their Joint Status Report:

1. **Procedural Posture Of Case**: On March 15, 2021 Judge Kolar, entered an Order ordering Discovery to be completed seven months after ruling on Defendant's Motion to Dismiss. The Court issued its Opinion and Order denying the Defendant's Motion to Dismiss and granting the Defendant's Motion for More Definite Statement on June 10, 2021. (ECF No. 25).

2. **Discovery Disclosures**. The parties exchanged, but did not file with the Court, rule 26(a)(1) disclosures contemporaneous with these disclosures.

3. **Discovery Plan.** The parties propose the following discovery plan. Discovery will be needed on the following subjects:

    a. Plaintiff anticipates that written discovery and oral discovery may be needed concerning the following subjects, including, but not limited to: Plaintiff's employment history, performance reviews, prior exercise of protected rights, and those issues addressed in paragraph 4.b., below.

    b. Defendant anticipates that written discovery and oral discovery may be needed concerning the following subjects, including, but not limited to:
    • Defendant's relevant rules, policies, and procedures;
    • Plaintiff's performance and disciplinary history;

- The performance and disciplinary history of similarly situated comparable employees;
- Plaintiff's job duties;
- Plaintiff's requests for leave;
- Plaintiff's termination of employment, and
- Plaintiff's mitigation efforts, if any.

c. Disclosure or discovery of electronically stored information should be handled as follows: The Parties propose producing relevant electronically stored information, to the extent possible, in PDF form.

d. The Parties proposed that the last date to complete all fact discovery shall be January 14, 2022.

- Maximum of 25 interrogatories by each party to any other party.
- Maximum of 25 requests for admission by each party to any other party.
- Maximum of 5 depositions by Plaintiff and 5 by Defendant.
- Each deposition is limited to a maximum of 7 hours unless extended by stipulation.
- The Parties proposed that they petition the Court by February 11, 2022 to confirm whether they anticipate disclosing the identity of any Rule 26(a)(2) witnesses and the witnesses' written report(s) (if applicable).

4. **Other Items.**

Plaintiff does not plan to seek permission to join additional parties.

The last date Defendant may seek permission to join additional parties and to amend the pleadings is September 10, 2022.

The parties proposed that the time to file Rule 26 (a)(3) pretrial disclosures will be governed by separate order.

The case should be ready for jury trial 60 days after the Court issues a ruling on the Parties' dispositive motions, should such motions be filed by the Parties, and at this time is expected to take approximately 3-5 days.

At this time, all parties do not consent to refer this matter to the currently assigned Magistrate Judge pursuant to 28 U.S.C. 636(c) and Fed. R. Civ. P. 73 for all further proceedings including trial and entry of judgment.

5. **Alternative Dispute Resolution.**

The case's settlement prospects may be enhanced via the following ADR procedure:

Mediation. The parties have not yet agreed upon anyone as mediator.

Date: July 21, 2021.

Respectfully submitted,

| PLAINTIFF ALVA BEARDSON | DEFENDANT FRANCISCAN ALLIANCE, INC. D/B/A FRANCISCAN HEALTH DYER HAMMOND MUNSTER |
|---|---|
| /s/ Patrick B. McEuen | /s/Christina Jaremus |
| Patrick B. McEuen (patrick@mceuenlaw.com) | Karla Sanchez (ksanchez@seyfarth.com) |
| McEuen Law Office | Christina Jaremus (cjaremus@seyfarth.com) |
| 6382 Central Avenue | SEYFARTH SHAW LLP |
| Portage, Indiana 46368 | 233 South Wacker Drive, Suite 8000 |
| Telephone: (219) 762-7738 | Chicago, Illinois  60606-6448 |
| *Attorney for Plaintiff* | Telephone:    (312) 460-5000 |
| | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I, Christina Jaremus, an attorney, certify that on July 21, 2021, I electronically filed the foregoing **JOINT STATUS REPORT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> Patrick B. McEuen
> McEUEN LAW OFFICE
> 6382 Central Avenue
> Portage, Indiana 46368
> Telephone: (219) 762-7738
> patrick@mceuenlaw.com,
> *Attorney for Plaintiff*

By:  s/ *Christina Jaremus*

3