# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

ALVA E BEARDSON

        Plaintiff

  v.

                                      Civil Action No. 2:20-cv-269

FRANCISCAN ALLIANCE INC
*doing business as* Franciscan Health

        Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____ % plus post-Judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

__X__ Other: Judgment ENTERED in favor of the defendant Franciscan Alliance, Inc., d/b/a Franciscan Health and against plaintiff Alva E Beardson on all Counts of the Amended Complaint. The Plaintiff takes nothing by her Complaint.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

__X__ decided by Judge Theresa L Springmann on Motion for Summary Judgment by Defendant Franciscan Alliance Inc.

DATE: 12/20/2023                                CHANDA J. BERTA, CLERK OF COURT

                                                            by  s/A. Highlen _____
                                                               *Signature of Clerk or Deputy Clerk*