# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| ALVA E. BEARDSON ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.: **2:20-cv-00269** |
| ) | Judge Theresa L. Springmann |
| FRANCISCAN ALLIANCE, INC., d/b/a ) | |
| FRANCISCAN HEALTH ) | |
| **Defendant.** ) | |

## NOTICE OF APPEAL

Notice is hereby given that ALVA E. BEARDSON, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from an order granting summary judgment to the defendant, pursuant to Federal Rule of Civil Procedure 56 and entered in this action on the 20th day of December, 2023.

Dated at Portage, Indiana, this 19th day of January, 2024.

Respectfully submitted,

*/s/ Patrick B. McEuen*
Patrick B. McEuen, Atty. No. 17441-45
6382 Central Avenue
Portage, Indiana 46368
(219) 762-7738
Attorney for Plaintiff
patrick@mceuenlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of January, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

                                          */s/ Patrick B. McEuen*